**Todd M. Friedman (216752)**
**Darin Shaw (251037)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**dshaw@attorneysforconsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA TARR,** | Case No. 2:10-cv-03231-GEB -KJM |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 5th day of April, 2011.

    By: s/Todd M. Friedman
       TODD M. FRIEDMAN
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

Filed electronically on this 5th day of April, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Garland E. Burrell, Jr.
United States District Court
Eastern District of California

Tomio B. Narita
Simmonds & Narita LLP
44 Montgomery Street
Suite 3010
San Francisco, CA 94104
Attorney for Defendant

This 5th day of April, 2011.

s/Todd M. Friedman
Todd M. Friedman