Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOLANDA TARR,**<br>Plaintiff,<br><br>vs.<br><br>**MIDLAND CREDIT MANAGEMENT, INC.,**<br>Defendant. | Case No. 2:10-cv-03231-GEB -DAD<br><br>**JOINT REQUEST TO DISMISS WITH PREJUDICE** |

　　　　NOW COME THE PARTIES by and through their attorneys to stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. A proposed order has been concurrently submitted to this Court via email. Each party shall bear their own costs and attorney's fees.

　　　　Respectfully submitted this 6th day of June, 2011

　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　By: s/Tomio B. Narita
　　　　　　　　　　Simmonds and Narita
　　　　　　　　　　Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 6th day of June, 2011, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5

6  Honorable Garland E. Burrell, Jr.
United States District Court

7  Eastern District of California

8

9  Tomio Narita
SIMMONDS & NARITA

10  44 Montgomery St.
Suite 3010

11  San Francisco CA 94104-4816

12

13  This 6th day of June, 2011.

14  s/Todd M. Friedman
Todd M. Friedman

15